PETER V. DESSAU, ESQ., SBN 135361
CHRISTOPHER J. HERSEY, ESQ., SBN 197767
WESLEY E. MEYER, ESQ., SBN 238064
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for CH2M HILL, INC. and CH2M HILL COMPANIES, LTD.

THOMAS R. HOGAN, ESQ., SBN 42048
MARK V. BOENNIGHAUSEN, ESQ., SBN 142147
HOGAN, HOLMES & USOZ LLP
333 West Santa Clara Street, Suite 800
San Jose, California 95113
Telephone: (408) 292-7600
Facsimile: (408) 292-7611

Attorneys for MONTEREY REGIONAL WATER POLLUTION AGENCY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/9/06*

| | |
|---|---|
| MONTEREY REGIONAL WATER POLLUTION CONTROL AGENCY, a Joint Powers Agency,<br><br>      Plaintiff,<br><br>   vs.<br><br>CH2M HILL, INC.; CH2M HILL COMPANIES, LTD.; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No.: C05 04850-RMW<br><br>STIPULATION AND ORDER FOR AMENDED CASE MANAGEMENT ORDER<br><br>Civil L.R. 7-12 |

Plaintiff MONTEREY REGIONAL WATER POLLUTION CONTROL AGENCY ("MRWPCA") and DEFENDANTS CH2M HILL, INC. and CH2M HILL COMPANIES, LTD. (collectively "CH2M HILL"), by and through their attorneys of record, hereby stipulate to and respectfully request that the Court amend the Case Management Order dated April 7, 2006 based on the following facts and circumstances:

1.

STIPULATION AND ORDER FOR AMENDED CASE MANAGEMENT ORDER                Case No.: C05 04850

1. WHEREAS, the Court entered its Order after Case Management Conference ("Case Management Order") on April 7, 2006, setting the following deadlines:

|    | ITEM | DATE |
|----|------|------|
| a. | Written Discovery | November 3, 2006 |
| b. | Percipient Witness Depositions | November 3, 2006 |
| c. | Exchange of Expert Witness Information and Reports | December 1, 2006 |
| d. | Exchange of Rebuttal Expert Witness Information and Reports | January 8, 2007 |
| e. | Expert Witness Depositions | February 2, 2007 |
| f. | Last day to hear Dispositive Motions | February 9, 2007 |
| g. | Deadline for Joint Pre-Trial Statement | March 2, 2007 |
| h. | Pre-trial Conference | March 8, 2007 |
| i. | Jury trial | March 19, 2007 |

2. WHEREAS, following the entry of the Case Management Order and since May 2006, the parties have been engaged in meaningful settlement discussions to resolve the current lawsuit;. and

3. WHEREAS, the parties agreed to stay all discovery during the discussions so that the parties' resources could be spent on settlement efforts.; and

4. WHEREAS, the parties have made significant progress in resolving outstanding issues; and

5. WHEREAS, the parties are optimistic that an agreement to end the current lawsuit will be successful, the approval process will make the current discovery and trial deadlines unattainable; and

6. WHEREAS, if the current settlement efforts are unsuccessful, the parties have already scheduled a mediation with Justice Edward A.Panelli (JAMS) on December 12, 2006;

NOW THEREFORE, the parties respectfully request the Court to approve an Amended Case Management Order setting the following pre-trial and trial deadlines:

|    | ITEM | REVISED DATE |
|----|------|--------------|
| a. | Written Discovery | March 5, 2007 |
| b. | Percipient Witness Depositions | March 5, 2007 |
| c. | Exchange of Expert Witness Information and Reports | April 6, 2007 |
| d. | Exchange of Rebuttal Expert Witness Information and Reports | May 7, 2007 |
| e. | Expert Witness Depositions | July 13, 2007 |
| f. | Last day to hear Dispositive Motions | July 13, 2007 |
| g. | Deadline for Joint Pre-Trial Statement | August 3, 2007 |
| h. | Pre-trial Conference | August 9, 2007 |
| i. | Jury trial | August 13, 2007 |

All other limitations on discovery set forth in the Case Management Order dated April 7, 2006 shall remain unchanged.

**SO STIPULATED.**

Dated: October 18, 2006        HOGAN HOLMES & USOZ, LLP

By:      /s/
THOMAS R. HOGAN
Attorneys for Plaintiff MONTEREY REGIONAL
WATER POLLUTION CONTROL AGENCY

Dated: October 18, 2006        MILLER, MORTON, CAILLAT & NEVIS, LLP

By:      /s/
CHRISTOPHER J. HERSEY
Attorneys for Defendants CH2M HILL, INC.;
CH2M HILL COMPANIES, LTD.

//
//
//
//

# ORDER

PURSUANT TO STIPULATION, IT IS SO **ORDERED**.

Dated: November  9 , 2006

/s/ Ronald M. Whyte
_____
HONORABLE RONALD M. WHYTE
United States District Court
Northern District of California

Document1